# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HAROLD SHACOGNESSY SIMS                                                          PLAINTIFF

V.                                         NO: 3:10CV00166 SWW

JEARMIE SPARKS *et al.*                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of September, 2010.

                                                                /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE